## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re : | : | Chapter 7 |
| **SCOTT L. MIELENTZ** | : | |
| Debtor. | : | Case No. 16-14111-amc |
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| v. | : | Adversary No. 16-376-amc |
| **SCOTT L. MIELENTZ** | | |
| Defendant. | : | |

### DEFENDANT'S ANSWER IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendant, Scott L. Mielentz, hereby files this Answer in Opposition to Plaintiff's Motion for Summary Judgment.

1. For the reasons stated in the attached, Memorandum of Law, the Motion should be denied.

**WATERMAN & MAYER, LLP.**

BY: */s/ Patricia M. Mayer*
PATRICIA M. MAYER
Attorney for Defendant
301 Oxford Valley Road, Suite 203B
Yardley, PA  19067
(215) 493-4300

Dated:  May 4, 2017