# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re :** | : | **Chapter 7** |
| **SCOTT L. MIELENTZ** | : | |
| Debtor. | : | **Case No. 16-14111-amc** |
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| v. | : | **Adversary No. 16-376-amc** |
| **SCOTT L. MIELENTZ** | | |
| **Defendant.** | : | |

## ORDER

AND NOW, this ____ day of _____, 2017, upon consideration of Defendant's Motion for Sanctions against Plaintiff for Spoliation of Evidence, and any response filed thereto, and for good cause shown,

IT IS HEREBY **ORDERED** that the Defendant's Motion is **GRANTED** and Plaintiff's Claim Against Defendant for non-dischargeability of an overpayment of social security disability benefits is **DISMISSED**.

 

Ashely M. Chan, Judge
United States Bankruptcy Court